UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRISON, #237608,                     Civil Action No.05-73789

                Plaintiff,                     District Judge Sean F. Cox

vs.

TRANS UNION, et al.
                Defendants.
_____/

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's Motion for Appointment of Counsel. A federal court may request counsel to represent an indigent plaintiff pursuant to 28 U.S.C. § 1915. The decision whether to appoint counsel is left to the discretion of the court. This court would consider such an appointment only under exceptional circumstances. There are no exceptional circumstances in this case that would warrant the appointment of counsel. Therefore,

IT IS HEREBY ORDERED that the motion is DENIED.

SO ORDERED.

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: August 9, 2006

I hereby certify that on August 9, 2006 a copy of the foregoing document was served upon counsel of record by electronic means and by ordinary mail upon:

**Michael Garrison**
237608
Boyer Road Correctional Facility
P.O. Box 5000
Carson City, MI 48811-5000

                                            s/ J Hernandez
                                            Case Manager